**People of the State of Illinois, Defendant in Error, v. William B. Wernecke, Plaintiff in Error.**

**Gen. No. 47,981.**

First District, Second Division.
October 4, 1960.
Rehearing denied November 1, 1960.

Joseph I. Bulger and G. J. Devanna, of Chicago, for plaintiff in error; Benjamin S. Adamowski, State's Attorney, Cook county (Francis X. Riley and John T. Gallagher, Assistant State's Attorneys, of counsel) for defendant in error. Opinion by JUSTICE FRIEND. **Not to be published in full.**